# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM MITCHELL,** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL ACTION 07-00415-WS-B** |
| **STATE OF ALABAMA,** | : | |
| Respondent. | : | |

## **JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** this 13th day of February, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE